**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Civil Action No.  1:22-cv-00211-JFR-GJF

OLDCASTLE INFRASTRUCTURE, INC.,
a Washington corporation,

    Plaintiff,

v.

GREEN-TANNER INDUSTRIAL CONSTRUCTION, LLC;
an Arizona limited liability company; and
LIBERTY MUTUAL INSURANCE COMPANY,
A Massachusetts stock insurance company,

    Defendants.

--------------------------------------------------------------------------------

GREEN-TANNER INDUSTRIAL CONSTRUCTION, LLC,
an Arizona limited liability company;

    Third-Party Claimant

v.

SLSCO LTD., a Texas limited partnership, and
HARTFORD FIRE INSURANCE COMPANY, Inc.
a Connecticut corporation,

    Third-Party Defendants

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

    The Court, having reviewed the Stipulated Motion to Dismiss (Doc. 64) and being fully advised, hereby rules as follows.  The Motion is GRANTED.

2

**Defendant/Third-Party Claimant Green-Tanner Industrial Construction, LLC's claims against (1) SLSCO LTD. and (2) Hartford Fire Insurance Company are hereby dismissed with prejudice.** This dismissal is not intended to and does not alter, modify, or affect Green-Tanner's rights pursuant to the pending Termination Settlement Proposal with the U.S. Army Corp of Engineers. This Order is made without an award of attorney's fees and costs to any party. **The Clerk of Court will keep this case open.**

_____
U.S. District Court Judge